# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** Cheech And Chong's Global Holding Co. V. The Partnerships Identified On Schedule A

**Case Number:** 1:25-cv-12400

An appearance is hereby filed by the undersigned as attorney for:

**Defendant:** Trendtailor Services

**Attorney name (type or print):** Hongchang DENG

**Firm:** LawMay P.C.

**Street address:** 2108 N Street, Suite 9124

**City/State/Zip:** Sacramento, CA 95816

**Bar ID Number:** 354529
(See item 3 in instructions)

**Telephone Number:** 267-888-8281

**Email Address:** rdeng@lawmayus.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** December 17, 2025

**Attorney signature:** S/ Hongchang Deng

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023